THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSICA BEDNARCZYK,

        Plaintiff,

    v.                               3:21-CV-1861
                                  (JUDGE MARIANI)

I.C. SYSTEM, INC.,

        Defendant.

**FILED SCRANTON**
**FEB 02 2023**
PER _____ DEPUTY CLERK

**ORDER**

**AND NOW, THIS 2ND DAY OF FEBRUARY, 2023,** upon consideration of Defendant's "Motion to Stay the Case Pending the *En Banc* Decision in *Hunstein*" (Doc. 4), and the Eleventh Circuit Court of Appeals having now issued its *en banc* decision on September 22, 2022 (*see Hunstein v. Preferred Collection and Management Services, Inc.*, 48 F.4th 1236 (11th Cir. 2022)), **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 4) is **DENIED**.

_____
Robert D. Mariani
United States District Judge