# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA BEDNARCZYK, | Docket 3:21-cv-01861-RDM |
| Plaintiff, | (JUDGE ROBERT D. MARIANI) |
| v. | |
| I.C. SYSTEM, INC., | FILED ELECTRONICALLY |
| Defendant. | |

## STIPULATION OF DISMISSAL

AND NOW, come all the parties, by and through their respective counsel, and hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, and the Court is requested to enter an appropriate Order for the purpose of accomplishing the same. The parties further stipulate that each party shall bear the party's own attorney's fees and costs.

Respectfully submitted,

**SABATINI FREEMAN, LLC**

BY: *s/Brett Freeman*
Brett Freeman, Esquire
PA ID #308834
**Counsel for Plaintiff**
216 N. Blakely Street
Dunmore, PA 18512
bfecf@sabatinilawfirm.com

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

BY: *s/Danielle M. Vugrinovich*
Danielle M. Vugrinovich, Esquire
PA ID #88326
**Counsel for Defendant,
I.C. System, Inc.**
Union Trust Building
501 Grant Street, Ste. 700
Pittsburgh, PA 15219
412-803-1185
dmvugrinovich@mdwcg.com

LEGAL/151426584.v1