### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA BEDNARCZYK, | Docket 3:21-cv-01861-RDM |
| Plaintiff, | (JUDGE ROBERT D. MARIANI) |
| v. | |
| I.C. SYSTEM, INC., | FILED ELECTRONICALLY |
| Defendant. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of the Stipulation of Dismissal filed by counsel for the parties, it is hereby ORDERED that the above-referenced matter has been settled and shall be dismissed with prejudice.

BY THE COURT:

_____
ROBERT D. MARIANI
United States Judge

LEGAL/151426605.v1