IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSICA BEDNARCZYK,

        Plaintiff,

v.

I.C. SYSTEM, INC.,

        Defendant.

Docket 3:21-cv-01861-RDM

(JUDGE ROBERT D. MARIANI)

FILED ELECTRONICALLY

**ORDER OF COURT**

AND NOW, this _15th_ day of _FEBRUARY_, 2023, upon consideration of the Stipulation of Dismissal filed by counsel for the parties, it is hereby ORDERED that the above-referenced matter has been settled and shall be dismissed with prejudice.

BY THE COURT:

_____
ROBERT D. MARIANI
United States Judge